UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| TAMMY MARIE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:17-cv-00018-RLY-DML |
| | ) | |
| MED-1 SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

The court **SETS** this matter for a final pretrial conference on **NOVEMBER 15, 2018 at 3:30 p.m.** Counsel for parties are ordered to appear before the Honorable Richard L. Young, in room 200 of the U.S. Courthouse, 121 W. Spring Street, New Albany, Indiana 47150. This matter is also set for trial by jury on **NOVEMBER 26, 2018** at 9:00 a.m. in Room 200. The court has allotted three days for this trial.

**SO ORDERED** this 21st day of June 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record