# Exhibit A
## Recording January 6, 2015