# Exhibit B

## Recording August 21, 2015