# Exhibit C
## Recording September 11, 2015