# Exhibit D
## Recording June 22, 2016